IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dillon, Nona Jeanette

Printed: 7/8/08

Case Number: 06 B 03904
Judge: Hollis, Pamela S
Filed: 4/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: June 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,360.00 |  |
| Secured: |  | 6,421.52 |
| Unsecured: |  | 16,695.08 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,800.00 |
| Trustee Fee: |  | 1,443.40 |
| Other Funds: |  | 0.00 |
| Totals: | 27,360.00 | 27,360.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,800.00 | 2,800.00 |
| 2. | CarMax Auto Finance | Secured | 6,421.52 | 6,421.52 |
| 3. | Resurgent Capital Services | Unsecured | 2,836.33 | 3,459.92 |
| 4. | Capital One | Unsecured | 304.59 | 371.55 |
| 5. | Capital One | Unsecured | 317.21 | 386.93 |
| 6. | Discover Financial Services | Unsecured | 3,146.13 | 3,837.81 |
| 7. | Household Card Services | Unsecured | 3,860.28 | 4,709.05 |
| 8. | Bank Of America | Unsecured | 496.70 | 605.89 |
| 9. | ECast Settlement Corp | Unsecured | 1,235.47 | 1,507.08 |
| 10. | CarMax Auto Finance | Unsecured | 41.83 | 51.03 |
| 11. | ECast Settlement Corp | Unsecured | 530.69 | 647.38 |
| 12. | Kohl's/Kohl's Dept Stores | Unsecured | 916.86 | 1,118.44 |
| 13. | First Premier | Unsecured |  | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,907.61 | $ 25,916.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 30.74 |
| 5% | 44.84 |
| 4.8% | 267.43 |
| 5.4% | 1,085.93 |
| 6.5% | 14.46 |
|  | $ 1,443.40 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dillon, Nona Jeanette

Printed:  7/8/08

Case Number:  06 B 03904
Judge:  Hollis, Pamela S
Filed:  4/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

